UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-50568 |
| | ) | |
| STEPHEN GRACHANIN | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| Debtor | ) | CHAPTER 7 |
| | ) | |

Now comes the Debtor, STEPHEN GRACHANIN, by and through counsel, who states that Stephen Grachanin is currently self employed as an Attorney and is averaging the approximate gross amount of $1,767.37 per month and Social Security for my child in the amount of $783.00 no other payment advises exists for 60 days prior to the filing of the above captioned Chapter 7 bankruptcy.

/s/Patrick B. Duricy
Patrick B. Duricy
Attorney for Debtor
Regis No: 0042511
700 Youngstown Warren Rd.
Niles, OH 44446

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-50568 |
| | ) | |
| ANGELA GRACHANIN | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| Debtor | ) | CHAPTER 7 |
| | ) | |

Now comes the Debtor, Angela Grachanin, by and through counsel, who states that Angela Grachanin has had no income in the past 6 months prior to the filing of the above captioned Chapter 7 bankruptcy.

/s/Patrick B. Duricy
Patrick B. Duricy
Attorney for Debtor
Regis No: 0042511
700 Youngstown Warren Rd.
Niles, OH 44446