STATE OF OHIO )
Mahoning )SS:
~~SUMMIT~~ COUNTY )

I, GARY R. GRACHANIN, SR., after being first duly sworn according to law, depose and state that:

1. I am GARY R. GRACHANIN, SR. and I reside at 685 Sanderson Avenue, City of Campbell, County of Mahoning, State of Ohio.

2. I am the father of Stephen M. Grachanin.

3. Stephen M. Grachanin is currently in bankruptcy in the United States Bankruptcy Court for the Northern District of Ohio, Case No. 20-50568.

4. I am the cosigner on the lease with American Honda Finance Corp. for the 2019 Honda Civic, VIN 2HGFC2F65KH559990, Lease Account No. 431091727 (hereinafter, "Civic").

5. I have taken possession of said Civic on January 29, 2020 and have been making the monthly payments in the amount of $157.97.

6. I will continue to make the monthly payments for the Civic for the life of the lease.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GARY R. GRACHANIN, SR.

SWORN TO BEFORE ME and subscribed in my presence this 30th day of June, 2020.

_____
Notary Public

[Notary Seal: Attorney Stephen M. Grachanin, NOTARY PUBLIC, STATE OF OHIO, Resident Summit County, My Comm. Expires Never, Sec 147.03 RC]