# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In Re: ) Case No. 20-50568
GRACHANIN, STEPHEN )
GRACHANIN, ANGELA ) Chapter 7
)
Debtor(s) ) Judge: Alan M. Koschik

## MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting: June 30, 2020      Time: 09:00 AM

Debtor(s)' Attorney: Patrick B. Duricy

Examination Conducted by:
   Interim Trustee: KATHRYN A. BELFANCE (✓)
   Elected Trustee: _____ ( )   Disputed? ( )
   Other: _____ ( )

### Results of Meeting:

| | | |
|---|---|---|
| Held (✓) | Not Held | ( ) |
| Concluded (✓) | Debtor Failed to Appear | ( ) |
| Continued ( ) | Attorney Failed to Appear | ( ) |
|   Date: _____ | Rescheduled: Yes ( )   No | ( ) |
|   Time: _____ |   At §341 ( )   Prior to §341 | ( ) |

Address: Changed to:      Date: _____
2546 Paxton Ave., Akron, OH 44312     Time: _____
Address Correct (✓)

                Motion to Dismiss to Follow ( )
                Other:   See Comments ( )

Case Determined to be:    Asset: (✓)     **707(b) Review**
                   No Asset ( )     No Action Required (✓)
                   Undetermined ( )    Recommend UST Action ( )
                                  (see below letter to follow)

Creditors Present:
   Creditor           Representative           Address & Phone

_____

_____

_____

Comments:

                                             /s/ KATHRYN A. BELFANCE
                                             KATHRYN A. BELFANCE
                                             Panel Trustee