# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 20-50568
**Case Name:** GRACHANIN, STEPHEN
GRACHANIN, ANGELA

**For Period Ending:** 12/31/2020

**Trustee Name:** (520210) Kathryn A. Belfance
**Date Filed (f) or Converted (c):** 03/11/2020 (f)
**§ 341(a) Meeting Date:** 05/05/2020
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2546 Paxton Ave., Akron, OH 44312-0000, Summit County | 95,710.00 | 0.00 | | 0.00 | FA |
| 2 | 2019 Honda Civic | 0.00 | 0.00 | | 0.00 | FA |
| 3 | 2019 Honda HR-V | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Odyssey 2015 Honda | 13,313.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods & furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Personal clothing | 800.00 | 0.00 | | 0.00 | FA |
| 7 | Business checking: Civista | 900.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: Huntington | 92.49 | 0.00 | | 0.00 | FA |
| 9 | Checking: Discover | 135.11 | 0.00 | | 0.00 | FA |
| 10 | Checking: Chase | 25.56 | 0.00 | | 0.00 | FA |
| 11 | Health Savings Account: Checking account Civista | 160.00 | 0.00 | | 0.00 | FA |
| 12 | A/R for work in progress (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| **12** | **Assets Totals** (Excluding unknown values) | **$112,636.16** | **$1.00** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

12/30/2020-
Trustee to review accounts receivable for debtor's practice.

**Initial Projected Date Of Final Report (TFR):** 12/31/2021        **Current Projected Date Of Final Report (TFR):** 12/31/2021